UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
CARLO DeBLASIO, RONALD KASSOVER,
JEROME SILVERMAN, DEBORAH TORRES,
MICHAEL SCHIRRIPA, ARTHUR KORNBLIT
and CAROL WASHBURN, On Behalf of
Themselves and All Others Similarly Situated,

     Plaintiffs,

  vs.

MERRILL LYNCH & CO., INC., *et al*,

     Defendants.
-----------------------------------------------------------------x

No. 07-cv-318 (RJS)

ECF CASE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/09

[PROPOSED] ORDER

Daniel B. Rehns, having moved for withdrawal as attorney of record for the Plaintiffs in the within action pursuant to Rule 1.4, and due deliberation having been given by the Court,

**IT IS HEREBY ORDRED AND DECREED** that the instant motion is granted and as of June 3, 2009, Daniel B. Rehns shall be terminated as the attorney of record for Plaintiffs.

Dated: June 4, 2009
New York, New York

_____
Judge Richard J. Sullivan, U.S.D.C.