UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

CARLO DeBLASIO, RONALD KASSOVER,           :
JEROME SILVERMAN, DEBORAH TORRES,          :
MICHAEL SCHIRRIPA, ARTHUR KORNBLIT         :     **No. 07-cv-318 (RJS)**
and CAROL WASHBURN, On Behalf of           :
Themselves and All Others Similarly Situated,  :
                                           :     **ECF CASE**
                    Plaintiffs,            :
                                           :
           vs.                             :
                                           :
MERRILL LYNCH & CO., INC., *et al*,        :
                                           :
                    Defendants.            :

-------------------------------------------------------------x

## [PROPOSED] ORDER

Joel P. Laitman, having moved for withdrawal as attorney of record for the
Plaintiffs in the within action pursuant to Rule 1.4, and due deliberation having been
given by the Court,

**IT IS HEREBY ORDRED AND DECREED** that the instant motion is granted
and as of June 3, 2009, Joel P. Laitman shall be terminated as the attorney of record for
Plaintiffs.

Dated: _June 4_, 2009
         New York, New York

                              _____
                              Judge Richard J. Sullivan, U.S.D.C.